**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| SRIVATS VIJAYKUMAR and PRANAVI CHANDUPATLA,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES OF AMERICA, U.S. DEPARTMENT OF HOMELAND SECURITY, U.S. SECRETARY OF HOMELAND SECURITY, U.S. CITIZENSHIP AND IMMIGRATION SERVICES, USCIS DIRECTOR, and JOHN DOES 1-10,<br><br>*Defendants*. | Civil Action No. 1:26-cv-736-DAE |

ORDER OF DISMISSAL

WHEREAS this matter was filed to compel Defendants to adjudicate the following petitions filed by Plaintiffs: Application to Register Permanent Residence or Adjust Status on Form I-485 (the "I-485") (Receipt Numbers SRC2590027691 and SRC2590027694); Application for Employment Authorization on Form I-765 (the "I-765") (Receipt Numbers SRC2590027692 and SRC2590027695); and, Application for Travel Document on Form I-131 (the "I-131") (Receipt Numbers SRC2590027693 and SRC2590027696); and,

WHEREAS after this matter commenced Defendant U.S. Citizenship and Immigration Services ("USCIS") approved the two I-765 applications, approved the two I-131 applications, and has indicated that it intends to take action with the two pending I-485 applications;

**IT IS HEREBY STIPULATED AND ORDERED THAT:**

1. USCIS shall take initial action on the pending I-485 applications, provided that Plaintiffs' priority date remains current and no visa retrogression has occurred, within 120 days

from the date of this stipulation. Such initial action includes, but is not limited to, agency communications such as a Request for Evidence ("RFE"), Notice of Intent to Deny ("NOID"), the scheduling for an interview (if needed), or final decision. If USCIS issues an RFE or NOID, then USCIS will take the next adjudicative action within 90 days from the RFE or NOID response due date. This 90-day timeframe will apply to the response to any subsequent request issued by USCIS for the subject applications until there is a final decision. USCIS cannot adjudicate any application in which the visa has retrogressed and is unable to continue adjudication of the dependent spouse application until adjudication of the primary application is complete but agrees to work towards a final decision with respect to both applications within the timeframe noted herein.

2. The parties agree and the Court hereby **ORDERS** this matter be **DISMISSED WITHOUT PREJUDICE**, with each party to bear its own fees and expenses. The Clerk is instructed to **CLOSE THE CASE**.

3. The Court retains jurisdiction in this matter and any party may reinstate this matter by filing a Notice of Reinstatement to resume it and/or enforce this Order.

DATED: October 28, 2026

RONEN SARRAF
Sarraf Gentile LLP

*/s/ Ronen Sarraf*

10 Bond Street, Suite 212
Great Neck, NY 11021
516-699-8890
ronen@sarrafgentile.com

AMY HSU
Law Office Of Amy Hsu, PLLC
Texas State Bar # 24036808
2201 Main Street, Suite 840
Dallas, TX 75201
(214) 556-8401
amy.hsu@amyhsulaw.com

*Counsel for Plaintiffs*

JUSTIN R. SIMMONS
United States Attorney

*/s/ Erin M. Van De Walle*

Erin M. Van De Walle
Assistant United States Attorney
Florida Bar No. 0099871
601 NW Loop 410 Suite 600
San Antonio, Texas 78216
Tel: (210) 384-7300
Erin.Van.De.Walle@usdoj.gov

*Counsel for Defendants*

SO ORDERED this 29th day of October, 2026.

David Alan Ezra
Senior United States District Judge